ARTHUR GOLDIE v. H. SWEET AND ANOTHER.[1]

November 26, 1926.

No. 25,408.

**Verdict set aside because of improbability of evidence in its favor. [Reporter].**

Master and Servant, 39 C. J. p. 203 n. 27.

Defendants appealed from an order of the municipal court of Minneapolis, White, J., denying their motion for judgment notwithstanding the verdict or for a new trial. Reversed and new trial granted.

*J. E. Brill* and *Schwartz & Halpern,* for appellants.
*William Rochford* and *Clarence O. Holten,* for respondent.

PER CURIAM.

That a partnership engaged in manufacturing and selling caps should on their own initiative volunteer to give a young employe, who was receiving a salary of $30 per week, as a bonus, the price of a Chevrolet automobile at the end of the year is so improbable that a verdict, finding that such an agreement was entered into, should not be permitted to stand. What accentuates the improbability is the conceded fact that a few months after the alleged agreement was made defendants of their own motion raised plaintiff's wages to $35 per week, and that he continued in the employ six months after a flat refusal to pay the alleged bonus.

Order reversed and a new trial granted.

[1]Reported in 210 N. W. 895.